UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

FILED
2009 AU -5 PM 1:49
WESTERN DISTRICT OF TEXAS
U.S. CLERK'S OFFICE
BY _____ DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § § § § § § § § § § | Cause No.: DR09-CR-734 <br><br> **SUPERCEDING INDICTMENT** <br><br> [VIO: COUNT ONE: 21 U.S.C. 841(a)(1)&(b)(1)(B) and 846, Conspiracy to Possess With Intent to Distribute Marijuana; COUNT TWO: 21 U.S.C. 841(a)(1)&(b)(1)(B), Possession of Marijuana With Intent to Distribute; COUNT THREE: 21 U.S.C. 841(a)(1)&(b)(1)(B), Possession of Marijuana With Intent to Distribute; COUNT FOUR: 21 U.S.C. 841(a)(1)&(b)(1)(B), Possession of Marijuana With Intent to Distribute.] |
| v. | | |
|  ARY JAIR CORTE, LAURA ARACELI GUERRERO, JOAL JESSICA BRYANT | | |

THE GRAND JURY CHARGES:

COUNT ONE
[21 U.S.C. §841(a)(1)&(b)(1)(B) and § 846]

On or about from February 9, 2009 to August 1, 2009, in the Western District of Texas, Defendants,



ARY JAIR CORTE,
LAURA ARACELI GUERRERO,
JOAL JESSICA BRYANT,

knowingly, and intentionally and unlawfully combined, conspired, confederated and agreed together and with others known and unknown to possess with the intent to distribute a controlled substance, which offense involved a quantity of 100 kilograms or more of a mixture or substance containing a detectable amount of Marijuana, a Schedule I Controlled Substance, contrary to Title 21, United States Code, §§ 841(a)(1)&(b)(1)(B) and 846.

[21 U.S.C. 841(a)(1)&(b)(1)(B)]

On or about April 23, 2009, in the Western District of Texas, Defendants,

ARY JAIR CORTE,

did knowingly, intentionally and unlawfully possess with the intent to distribute a controlled substance, which offense involved 100 kilograms or more of a mixture or substance containing a detectable amount of Marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, § 841(a)(1)&(b)(1)(B).

COUNT THREE
[21 U.S.C. 841(a)(1)&(b)(1)(B)]

On or about April 23, 2009, in the Western District of Texas, Defendants,

LAURA ARACELI GUERRERO,

did knowingly, intentionally and unlawfully possess with the intent to distribute a controlled substance, which offense involved 100 kilograms or more of a mixture or substance containing a detectable amount of Marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, § 841(a)(1)&(b)(1)(B).

COUNT FOUR
[21 U.S.C. 841(a)(1)&(b)(1)(B)]

On or about June 1, 2009, in the Western District of Texas, Defendants,

JOAL JESSICA BRYANT,

did knowingly, intentionally and unlawfully possess with the intent to distribute a controlled substance, which offense involved 100 kilograms or more of a mixture or substance containing a detectable amount of Marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, § 841(a)(1)&(b)(1)(B).

JOHN E. MURPHY
Acting United States Attorney

By: _____
BENJAMIN D. SEAL
Assistant United States Attorney

SEALED:

UNSEALED: XX

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

COUNTY: VAL VERDE              USAO #: 2009R11181

DATE: August 5, 2009           CRIMINAL #: DR09-CR-734-03

AUSA: BENJAMIN D. SEAL

DEFENDANT: ARY JAIR CORTE

CITIZENSHIP: Mexico

INTERPRETER NEEDED: No     Language: English

DEFENSE ATTORNEY: Not Available

ADDRESS OF ATTORNEY: Not Available

N/A

PROBATION OFFICER: N/A

NAME AND ADDRESS OF SURETY: N/A

YOUTH CORRECTIONS ACT APPLICABLE: NO

PROSECUTION BY: SUPERCEDING INDICTMENT.

OFFENSE: (Code & Description): Count 1- 21 U.S.C. §§841(a)(1) & 846 Conspiracy to possess with intent to distribute marijuana; Count 2- Possession with intent to distribute marijuana.

OFFENSE IS A: FELONY

MAXIMUM SENTENCE: COUNT: For each count- 5-40 years imprisonment; up to $2 million fine; at least 4 years of supervised release; $100 special assessment for each count of conviction.

PENALTY IS MANDATORY: YES & NO

REMARKS: See above

W/DT-CR-3